

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2016

No. 04-16-00416-CV

Robert **LOWRY**, MD; Neurology and Neurophysiology Associates, PA; JCMLR, PA; and
Lynnell Lowry, MD,
Appellants

v.

Peter A. **TARBOX**, MD and/or d/b/a Peter A. Tarbox, MD PA,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-20160
Honorable David A. Canales, Judge Presiding

## **O R D E R**

We grant Luis Duran's motion for extension of time to file the reporter's record. We order the record due September 16, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court